# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2715
LT Case No. 2017-CF-001382-A

_____

JEREMY K. HARRISON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Jeremy K. Harrison, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

July 21, 2026


PER CURIAM.

    AFFIRMED.


JAY, C.J., and HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____